# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**    *    **CRIMINAL NO. 6:16-CR-298**

**VERSUS**    *    **JUDGE DRELL**

**ARTURO OLALDE-VELAZQUEZ**    *    **MAG. JUDGE WHITEHURST**

## REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant, Arturo Olalde-Velazquez, on May 30, 2017. Defendant was present with his counsel, Wayne J. Blanchard.

After said hearing, and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty to Count One of the Indictment is knowing and voluntary, and that his plea of guilty is fully supported by a written factual basis for each of the essential elements of the offense charged.

Therefore, the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Arturo Olalde-Velazquez, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Arturo Olalde-Velazquez be finally adjudged guilty of the offense charged in Count One of the Indictment.

THUS DONE AND SIGNED June 12, 2017 in chambers, at Lafayette, Louisiana,

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE