U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 2 2017

TONY R. MOORE, CLERK
BY: _____
       DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 6:16-CR-298** |
| **VERSUS** | * | **JUDGE DRELL** |
| **ARTURO OLALDE-VELAZQUEZ** | * | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, ARTURO OLALDE-VELAZQUEZ, is ACCEPTED and he is finally adjudged guilty of the offense charged in Count One of the indictment consistent with the report and recommendation.

Alexandria, Louisiana, this 12 day of June, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT